# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARTHUR LOPEZ,

      Plaintiff,

    v.

COUNTY OF ORANGE,

      Defendants.

No. SA CV 26-0087-VBF(E)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made.  The Court adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the First Amended Complaint without leave to amend and with prejudice.

Date:  May 1, 2026

_Valerie Baker Fairbank_

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE