JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR LOPEZ,<br><br>      Plaintiff,<br><br>     v.<br><br>COUNTY OF ORANGE,<br><br>     Defendants. | No. SA CV 26-0087-VBF(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

Date:  May 1, 2026

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE